273 U.S. 747
 47 S.Ct. 448
 71 L.Ed. 871
 Jacob Telfair SMITH, petitioner,
v.
UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION; and CATZ AMERICAN SHIPPING COMPANY, Inc., petitioner, v. UNITED STATES SHIPPING BOARD EMERGENCY ELEET CORPORATION.*
 Nos. 796, 797.
 Supreme Court of the United States
 February 21, 1927
 
 Mr. John C. Prizer, of New York City, for petitioners.
 Messrs. William D. Mitchell, Sol. Gen., George R. Farnum, Asst. Atty. Gen., and J. Frank Staley, of Washington, D. C., for respondent.
 
 
 1
 Petition for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.
 
 
 
 *
 This application for certiorari was on permission of the Court of Appeals in which the case was still pending and undetermined.